Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BODINE, an individual, | Case No.: 2:12-CV-01547-MCE-JFM |
| Plaintiff, | **Notice Re: Settlement Between Plaintiff and Defendant Allianceone Receivables Management, Inc.** |
| v. | |
| ALLIANCEONE RECEIVABLES MANAGEMENT, INC., a corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the above-captioned matter has been resolved in its entirety.  The parties anticipate filing a Joint Motion for Dismissal within forty-five days.

Date: December 26, 2012         /s/Jeremy S. Golden              .
                                Jeremy S. Golden,
                                Attorney for Plaintiff