# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BODINE, an individual, | Case No.: 2:12-CV-01547-MCE-JFM |
| Plaintiff, | **ORDER RE: STIPULATION FOR DISMISSAL OF ACTION** |
| v. | |
| ALLIANCEONE RECEIVABLES MANAGEMENT, INC., a corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Good cause appearing and based on the parties' stipulation for dismissal (ECF No.16), the above-captioned action is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED:   February 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE